UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMBER LEE MAJOR | § § § § § |
| V. | §  CIVIL ACTION NO.  5:25-cv-00160-XR |
| ALLSTATE COUNTY MUTUAL INSURANCE COMPANY | § § § |

## NOTICE OF SETTLEMENT

Amber Lee Major ("Plaintiff") and Allstate County Mutual Insurance Company ("Defendant") file this Joint Notice of Settlement, and respectfully announce to the Court the following:

1. The parties have reached a settlement agreement as to all matters pending before the Court. The settlement agreement disposes of all claims and controversies asserted or that could have been asserted in this matter.

2. Counsel for Plaintiff and Defendant are working diligently to prepare and execute necessary closing documents, and respectfully request all deadlines/settings be suspended for 30 days.

**Respectfully submitted,**

/s/ Ed Chapa                                           Date:   September 25, 2025

Bonilla & Chapa, P.C.
Ed Chapa
Federal I.D. No.: 04113900
SBN: 04113900
2727 Morgan Avenue
P.O. Drawer 5488
Corpus Christi, Texas 78465-5488
Phone: (361) 881-1000
Fax:   (361) 881-1028

Email edchapa@bonillachapalaw.com
E-service **bc_efile@bonilla-chapalaw.com**
Counsel for Plaintiff


/s/Clarkson F. Brown                         Date:    September 25, 2025
Paul Garcia & Associates
Clarkson F. Brown
SBN: 00798082
6243 W IH-10, Suite 808
San Antonio, Texas 78201
Phone:   (210) 340-1818
Fax:     (210) 340-4073
E-Mail:  cbrown@pgtxlaw.com
E-service: service@pgtxlaw.com
Counsel for Defendant